Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GINNY EDMUNDS,** ) | Case No. 3:13-cv-00080-IEG-DHB |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| **NATIONAL ENTERPRISE SYSTEMS,** ) | |
| **INC., and DOES 1 TO 20, INCLUSIVE,** ) | |
| ) | |
| Defendant. ) | _____ |
| _____ | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 15th day of February, 2013.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 15th day of February, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Irma E. Gonzales
United States District Court
Southern District of California

J. Grace Felipe, Esq.
Carlson & Messer LLP
Attorney for Defendant

This 15th day of February, 2013.

s/Todd M. Friedman
Todd M. Friedman