# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINNY EDMUNDS,<br><br>                            Plaintiff,<br>  vs.<br><br>NATIONAL ENTERPRISE SYSTEMS, INC., et al.,<br><br>                          Defendants. | CASE NO. 13-cv-80 – IEG (DHB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 8] |

     Before the Court is the parties' joint motion to dismiss the action with prejudice. [Doc. No. 8.] Pursuant to Federal Rule of Civil Procedure 41 and for good cause shown, the Court **GRANTS** the joint motion and **DISMISSES** the action with prejudice. The clerk is directed to close the case.

     **IT IS SO ORDERED.**

**Dated:** April 11, 2013

                                                         _____<br>
                                                         **IRMA E. GONZALEZ**<br>
                                                         **United States District Judge**